**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Case Number: 13-cr-00377-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1.    **CHARLES EDWIN MCDONALD**,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

On June 18, 2009, the defendant commenced a five (5) year term of supervised release. The defendant has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the defendant, Charles Edwin McDonald, be discharged from supervised release. Accordingly, it is

ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 29th day of October, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge